JUDGE HOLWELL

PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, New York 10036
(212) 336-2000
*Attorneys for Plaintiffs Sperone Westwater Inc. and Sperone Westwater Gallery, LLC*

**08 CV 03263**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

SPERONE WESTWATER INC. and SPERONE : 
WESTWATER GALLERY, LLC

                Plaintiffs,

      - against -

ARCHIVIO ALIGHIERO BOETTI, AGATA
BOETTI, MATTEO BOETTI and ANNEMARIE :
SAUZEAU

                Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

RULE 7.1 DISCLOSURE STATEMENT

RECEIVED APR 01 2008 U.S.D.C. S.D.N.Y. CASHIERS

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned attorney of record for Sperone Westwater Inc. and Sperone Westwater Gallery, LLC, certifies that Sperone Westwater Inc. has no parent corporation, nor does any publicly held corporation own 10% or more of its stock. It is the parent corporation of Sperone Westwater Gallery, LLC.

Dated: April 1, 2008
New York, New York

                PATTERSON BELKNAP WEBB & TYLER LLP

                By _____
                  Robert P. LoBue
                  Hugh J. Freund
                  Matthew B. Larsen
                  1133 Avenue of the Americas
                  New York, New York 10036
                  (212) 336-2000
                  rplobue@pbwt.com
                  *Attorneys for Plaintiffs Sperone Westwater Inc. and Sperone Westwater Gallery, LLC*