Gary D. Sesser
Ronald D. Spencer
CARTER LEDYARD & MILBURN LLP
2 Wall Street
New York, New York 10005
(212) 732-3200
*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
SPERONE WESTWATER INC. and             :   Index No. 08 CV 03263 (RJH)
SPERONE WESTWATER GALLERY, LLC,        :
                                       :   **STIPULATION AND ORDER**
                    Plaintiffs,        :   **EXTENDING TIME TO**
                                       :   **RESPOND TO COMPLAINT**
        - against -                    :
                                       :
ARCHIVIO ALIGHIERO BOETTI, AGATA       :
BOETTI, MATTEO BOETTI and              :
ANNEMARIE SAUZEAU,                     :
                                       :
                    Defendants.        :
                                       :
-------------------------------------------------------------- X



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/8/08

RECEIVED MAY 5 2008 CHAMBERS OF RICHARD J. HOLWELL

IT IS HEREBY STIPULATED and agreed between the undersigned counsel for

Plaintiffs and for Defendants, as follows:

1.      Defendants Archivio Alighiero Boetti, Agata Boetti, Matteo Boetti and

Annemarie Sauzeau ("Defendants") acknowledge the sufficiency of service of the Summons and

Complaint in the action and waive any purported defects in such service.

6325907 1

2. Defendants' time to answer or otherwise respond to the Complaint (currently, May 5, 2008 for all Defendants) is extended up to and including June 6, 2008. This is the first request for such an extension.

Dated: New York, New York
       May 2, 2008

PATTERSON BELKNAP WEBB & TYLER LLP

By: _____
    Robert P. LoBue
    Hugh J. Freund
    1133 Avenue of the Americas
    New York, New York 10036
    (212) 336-2000
    *Attorneys for Plaintiffs Sperone Westwater Inc. and Sperone Westwater Gallery, LLC*

CARTER LEDYARD & MILBURN LLP

By: _____
    Gary D. Sesser
    Ronald D. Spencer
    2 Wall Street
    New York, New York 10005
    (212) 732-3200
    *Attorneys for Defendants Archivio Alighiero Boetti, Agata Boetti, Matteo Boetti and Annemarie Sauzeau*

SO ORDERED:

_____
U.S.D.J.
5/7/08

6325907.1

-2-