AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

Sperone Westwater Inc. and Sperone Westwater Gallery, LLC

V.

Archivio Alighiero Boetti, Agata Boetti, Matteo Boetti and Annemarie Sauzeau

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 08 CV 03263

TO: (Name and address of Defendant)

Archivio Alighiero Boetti, Agata Boetti, Matteo Boetti and Annemarie Sauzeau
Archivio Alighiero Boetti
Vicolo della Penitenza 17
00165 Rome, Italy

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Robert P. LoBue
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036
USA

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

APR 0 1 2008

CLERK

(By) DEPUTY CLERK

DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                Date              *Signature of Server*

                        _____
                          *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

PATTERSON BELKNAP WEBB & TYLER LLP
Robert P. LoBue
1133 Avenue of the Americas
New York, New York 10036-6710
Telephone: (212) 336-2000

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
SPERONE WESTWATER INC. and
SPERONE WESTWATER GALLERY, LLC    :    08 CV 3263 (RJH)
                                  :
                                  :
                     Plaintiffs,  :
                                  :    ECF Case
          v.                      :
                                  :
ARCHIVIO ALIGHIERO BOETTI, AGATA  :
BOETTI, MATTEO BOETTI and         :    **AFFIDAVIT OF SERVICE**
ANNEMARIE SAUZEAU,                :
                                  :
                     Defendants.  :
                                  :
-----------------------------------------------------------X

STATE OF NEW YORK        )
                         :ss.:
COUNTY OF NEW YORK       )

    CHRISTINA I. BELANGER, being duly sworn, deposes and says:

    1.    I am over 18 years of age, not a party to this action, and am employed by the law firm of Patterson Belknap Webb & Tyler LLP, located at 1133 Avenue of Americas, New York, New York 10036.

    2.    On April 2, 2008, I served the following documents:

-    *SUMMONS AND COMPLAINT*

-    *CIVIL COVER SHEET*

-    *RULE 7.1 DISCLOSURE STATEMENT*

1499715v.1

- *INDIVIDUAL RULES OF JUDGE RICHARD J. HOLWELL*
- *INDIVIDUAL RULES OF MAGISTRATE JUDGE THEODORE H. KATZ and*
- *ECF PROCEDURES AND GUIDELINES*

upon the following by Registered International Mail, Return Receipt Requested, by depositing a true copy of said documents in a postpaid wrapper in a mail depository maintained by the U.S. Postal Service located at Bryant Park Station, directed to them at the addresses below:

>Archivio Alighiero Boetti
>Vicolo della Penitenza 17
>00165 Rome
>Italy
>
>Agata Boetti
>59, rue de Charonne
>75011 Paris
>France
>
>Agata Boetti
>c/o Archivio Alighiero Boetti
>Vicolo della Penitenza 17
>00165 Rome
>Italy
>
>Matteo Boetti
>via Crescenzio 43
>00195 Rome
>Italy
>
>Matteo Boetti
>c/o Archivio Alighiero Boetti
>Vicolo della Penitenza 17
>00165 Rome
>Italy
>
>Annemarie Sauzeau
>9, rue de L'Eperon
>75006 Paris
>France

1499715v.1

Annemarie Sauzeau
c/o Archivio Alighiero Boetti
Vicolo della Penitenza 17
00165 Rome
Italy

*/s/ Christina I. Belanger*
CHRISTINA I. BELANGER

Sworn to before me this
15th day of May, 2008 ·

*/s/ Elizabeth Willis*
Notary Public

ELIZABETH WILLIS
Notary Public, State of New York
No. 31-01WI6014358
Qualified in New York County
Commission Expires October 13, 2010

1499715v.1









Registered No. RA 658 195 909 US
Reg. Fee 9.50 / $10.15 — Date Stamp 0032 08 04/02/08
Handling Charge $0.00 — Return Receipt 2.15
Postage 7.20 — Restricted Delivery $0.00
Customer Must Declare Full Value $ $0.00

FROM: Christina I. Belanger - Managing Clerk
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, New York 10036

TO: Annemarie Sauzeau
9, rue de L'Eperon
75006 Paris
FRANCE

PS Form 3806, Receipt for Registered Mail   Copy 1 - Customer
May 2007 (7530-02-000-9051)   (See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com



Registered No. RA 658 195 841 US
Reg. Fee 9.50 / $10.15 — Date Stamp 0032 08 04/02/08
Handling Charge $0.00 — Return Receipt 2.15
Postage 7.20 — Restricted Delivery $0.00
Customer Must Declare Full Value $ $0.00

FROM: Christina I. Belanger - Managing Clerk
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, New York 10036

TO: Annemarie Sauzeau
c/o Archivio Alighiero Boetti
Vicolo della Penitenza 17
00165 Rome, ITALY

PS Form 3806, Receipt for Registered Mail   Copy 1 - Customer
May 2007 (7530-02-000-9051)   (See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com

| Registered Article *(Envoi recommandé)* | | | | | |
|---|---|---|---|---|---|
| ☐ Letter *(Lettre)* | ☐ Printed Matter *(Imprimé)* | ☐ Other *(Autre)* | ☐ Recorded Delivery *(Envoi à livraison attestée)* | | ☐ Express Mail International |
| Insured Parcel ☐ *(Colis avec valeur déclarée)* | Insured Value *(Valeur déclarée)* | | Article Number RA 618 561 546 US | | |
| Office of Mailing *(Bureau de dépôt)* | | | Date of Posting *(Date de dépôt)* | | |

Addressee Name or Firm *(Nom ou raison sociale du destinataire)*
Archivio Alighiero Boetti

Street and No. *(Rue et No.)*
Vicolo della Penitenza 17

Place and Country *(Localité et pays)*
00165 Rome, ITALY

This receipt must be signed by: (1) the addressee; or, (2) a person authorized to sign under the regulations of the country of destination; or, (3) if those regulations so provide, by the employee of the office of destination. This signed form will be returned to the sender by the first mail.

*(Cet avis doit être signé par le destinataire ou par une personne y autorisée en vertu des règlements du pays de destination, ou, si ces règlements le comportent, par l'agent du bureau de destination, et renvoyé par le premier courrier directement à expéditeur).*

☐ The article mentioned above was duly delivered.
*(L'envoi mentionné ci-dessus a été dûment livré.)*

Date 15/04/08

Signature of Addressee *(Signature du destinataire)*

Office of Destination Employee Signature *(Signature de l'agent du bureau du destination)*

Postmark of the office of destination *(Timbre du bureau de destination)*

PS Form 2865, October 1992 *(Reverse)*

**Registered Article** (Envoi recommandé)

☐ Letter (Lettre)  ☐ Printed Matter (Imprimé)  ☐ Other (Autre)  ☐ Recorded Delivery (Envoi à livraison attestée)  ☐ Express Mail International

☐ Insured Parcel (Colis avec valeur déclarée)  Insured Value (Valeur déclarée)  Article Number: RA 618 561 912 US

Office of Mailing (Bureau de dépôt)  Date of Posting (Date de dépôt)

Addressee Name or Firm (Nom ou raison sociale du destinataire):
Agata Boetti

Street and No. (Rue et No.): 59, rue de Charonne

Place and Country (Localité et pays): 75011 Paris, FRANCE

This receipt must be signed by: (1) the addressee; or, (2) a person authorized to sign under the regulations of the country of destination; or, (3) if those regulations so provide, by the employee of the office of destination. This signed form will be returned to the sender by the first mail.

(Cet avis doit être signé par le destinataire ou par une personne y autorisée en vertu des règlements du pays de destination, ou, si ces règlements le comportent, par l'agent du bureau de destination, et renvoyé par le premier courrier directement à l'expéditeur).

☐ The article mentioned above was duly delivered. (L'envoi mentionné ci-dessus a été dûment livré.)  Date:

Signature of Addressee (Signature du destinataire)  Office of Destination Employee Signature (Signature de l'agent du bureau du destination)

Postmark of the office of destination (Timbre du bureau de destination)

PS Form 2865, October 1992 (Reverse)

---

**Registered Article** (Envoi recommandé)

☐ Letter (Lettre)  ☐ Printed Matter (Imprimé)  ☐ Other (Autre)  ☐ Recorded Delivery (Envoi à livraison attestée)  ☐ Express Mail International

☐ Insured Parcel (Colis avec valeur déclarée)  Insured Value (Valeur déclarée)  Article Number: RA 618 561 855 US

Office of Mailing (Bureau de dépôt)  Date of Posting (Date de dépôt)

Addressee Name or Firm (Nom ou raison sociale du destinataire):
Agata Boetti c/o Archivio Alighiero Boetti

Street and No. (Rue et No.): Vicolo della Penitenza 17

Place and Country (Localité et pays): 00165 Rome, ITALY

This receipt must be signed by: (1) the addressee; or, (2) a person authorized to sign under the regulations of the country of destination; or, (3) if those regulations so provide, by the employee of the office of destination. This signed form will be returned to the sender by the first mail.

(Cet avis doit être signé par le destinataire ou par une personne y autorisée en vertu des règlements du pays de destination, ou, si ces règlements le comportent, par l'agent du bureau de destination, et renvoyé par le premier courrier directement à l'expéditeur).

☐ The article mentioned above was duly delivered. (L'envoi mentionné ci-dessus a été dûment livré.)  Date:

Signature of Addressee (Signature du destinataire)  Office of Destination Employee Signature (Signature de l'agent du bureau du destination)

Postmark of the office of destination (Timbre du bureau de destination)

PS Form 2865, October 1992 (Reverse)

**Receipt 1:**

Registered Article (Envoi recommandé)
- ☐ Letter (Lettre)
- ☐ Printed Matter (Imprimé)
- ☐ Other (Autre)
- ☐ Recorded Delivery (Envoi à livraison attestée)
- ☐ Express Mail International
- ☐ Insured Parcel (Colis avec valeur déclarée)

Insured Value (Valeur déclarée): 
Article Number: RA 618 561 869 US
Office of Mailing (Bureau de dépôt):
Date of Posting (Date de dépôt):

Addressee Name or Firm (Nom ou raison sociale du destinataire):
Matteo Boetti c/o Archivio Alighiero Boetti

Street and No. (Rue et No.):
Vicolo della Penitenza 17

Place and Country (Localité et pays):
00165 Rome, ITALY

☐ The article mentioned above was duly delivered. (L'envoi mentionné ci-dessus a été dûment livré.)
Date: 15/4/08
Signature of Addressee / Office of Destination Employee Signature

PS Form 2865, October 1992 (Reverse)

---

**Receipt 2:**

Registered Article (Envoi recommandé)
- ☐ Letter (Lettre)
- ☐ Printed Matter (Imprimé)
- ☑ Other (Autre)
- ☐ Recorded Delivery (Envoi à livraison attestée)
- ☑ Express Mail International
- ☑ Insured Parcel (Colis avec valeur déclarée)

Insured Value (Valeur déclarée):
Article Number: RA 618 561 841 US
Office of Mailing (Bureau de dépôt):
Date of Posting (Date de dépôt):

Addressee Name or Firm (Nom ou raison sociale du destinataire):
Annemarie Sauzeau c/o Archivio Alighiero Boetti

Street and No. (Rue et No.):
Vicolo della Penitenza 17

Place and Country (Localité et pays):
00165 Rome, ITALY

☐ The article mentioned above was duly delivered. (L'envoi mentionné ci-dessus a été dûment livré.)
Date: 15/4/08
Signature of Addressee / Office of Destination Employee Signature

PS Form 2865, October 1992 (Reverse)