```
┌─────────────────────────────────┐
│ USDC SDNY                        │
│ DOCUMENT                         │
│ ELECTRONICALLY FILED             │
│ DOC #:                           │
│ DATE FILED: 6 17 08              │
└─────────────────────────────────┘
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x
:
SPERONE WESTWATER, INC., et al.,                  :          08 Civ. 03263 (RJH)
:
Plaintiffs,           :
:
-against-                :          **ORDER**
:
ARCHIVIO ALIGHIERO BOETTI, et al.,                :
:
:
Defendants.           :
:
-------------------------------------------------------------x

On June 13, 2008, a conference was held in this matter before the Honorable Richard J. Holwell, United States District Court for the Southern District of New York. Present before the Court were all parties represented by their attorneys. The Court established the following schedule:

1.  Defendants to file motion to dismiss and motion to stay by July 14, 2008.

2.  Plaintiffs to file opposition to motion to stay by July 21, 2008.

3.  Plaintiffs to file opposition to motion to dismiss by August 14, 2008.

4.  Defendants to file reply by September 4, 2008.

5.  A pretrial conference to be held on October 31, 2008 at 10 a.m.

SO ORDERED.

Dated: New York, New York
June 13, 2008

_____
Richard J. Holwell
United States District Judge