# CARTER LEDYARD & MILBURN LLP
### Counselors at Law

Gary D. Sesser
Partner

Direct Dial: 212-238-8820
E-mail: sesser@clm.com

2 Wall Street
New York, NY 10005-2072

Tel (212) 732-3200
Fax (212) 732-3232

701 8th Street, N.W., Suite 410
Washington, DC 20001-3893
(202) 898-1515

570 Lexington Avenue
New York, NY 10022-6856
(212) 371-2720

June 27, 2008



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/1/08



RECEIVED
JUN 27 2008
CHAMBERS OF
RICHARD J. HOLWELL

**VIA FACSIMILE**

Hon. Richard J. Holwell
United States District Judge
United States District Court
500 Pearl Street
New York, NY 10007

Re: *Sperone Westwater Inc. v. Archivio Alighiero Boetti*, No. 08 Civ. 03263 (RJH) (THK)

Dear Judge Holwell:

We represent the defendants Archivio Alighiero Boetti, Agata Boetti, Matteo Boetti and Annemarie Sauzeau (collectively, "Defendants") in the above-captioned matter. The parties met before Your Honor for a preliminary scheduling conference on June 13, 2008. The subsequent order signed by Your Honor on June 13 sets forth the briefing schedule for Defendants' motions to dismiss the complaint and to stay discovery. However, during that conference Your Honor also granted our request for an extension of the page limit for our memorandum of law on the motion to dismiss, which extension is not reflected in the June 13 order.

We respectfully request confirmation that the page limit set forth in Your Honor's Individual Rule 3.C has been extended to 35 pages for Defendants' initial memorandum of law in support of its motion to dismiss, which is due to be filed on or before July 14, 2008; and that the page limit has been extended to 35 pages for Plaintiffs' opposition to that motion. Because of the number of issues involved in our motion, we also respectfully request up to 20 pages for our reply memorandum.

Respectfully submitted,

Gary D. Sesser

SO ORDERED

[signature]
USDJ
6/30/08

Enclosure

cc: Robert P. LoBue, Esq. (via email)
Matthew B. Larsen, Esq. (via email)

6346861.1