Gary D. Sesser
Ronald D. Spencer
Judith M. Wallace
CARTER LEDYARD & MILBURN LLP
2 Wall Street
New York, New York 10005
(212) 732-3200
*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
SPERONE WESTWATER INC. and          : Index No. 08 CV 03263 (RJH)
SPERONE WESTWATER GALLERY, LLC,     : (THK)
                                     :
          Plaintiffs,                :
                                     : **RULE 7.1 STATEMENT**
     - against -                     :
                                     :
ARCHIVIO ALIGHIERO BOETTI, AGATA    :
BOETTI, MATTEO BOETTI and            :
ANNEMARIE SAUZEAU,                   :
                                     :
          Defendants.                :
-----------------------------------------------------------X

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrate Judges of the court to evaluate possible disqualification or recusal, the undersigned counsel for the Archivio Alighiero Boetti, a private, nongovernmental party, confirms that the Archivio Alighiero Boetti has no publicly held corporate parents, affiliates and/or subsidiaries.

Dated: New York, New York
       July 14, 2008

                         CARTER LEDYARD & MILBURN LLP

                         By: _____
                             Gary D. Sesser
                             Ronald D. Spencer
                             Judith M. Wallace
                             2 Wall Street
                             New York, New York 10005
                             (212) 732-3200
                             *Attorneys for Defendants*

6339487.1