Gary D. Sesser
Ronald D. Spencer
Judith M. Wallace
CARTER LEDYARD & MILBURN LLP
2 Wall Street
New York, New York  10005
(212) 732-3200
*Attorneys for Defendants Archivio Alighiero Boetti,*
*Agata Boetti, Matteo Boetti and Annemarie Sauzeau*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X

| | |
|---|---|
| SPERONE WESTWATER INC. and SPERONE WESTWATER GALLERY, LLC,    : | Index No. 08 CV 03263 (RJH) (THK) |
|                 Plaintiffs    : | |
|          - against -    : | **DECLARATION OF ANNEMARIE SAUZEAU IN SUPPORT OF MOTION TO DISMISS THE COMPLAINT** |
| ARCHIVIO ALIGHIERO BOETTI, AGATA BOETTI, MATTEO BOETTI and ANNEMARIE SAUZEAU,    : | |
|            Defendants.    : | |

-------------------------------------------------------------------X

          Annemarie Sauzeau hereby declares, under penalty of perjury, that the following is true and correct:

        1.      I am the Director of the Executive Committee of the Archivio Alighiero Boetti (the "Archivio"), one of the defendants in the above-captioned lawsuit. I am also personally named as a defendant in this action.

        2.      I submit this declaration to supply information about the Archivio, myself, and Agata Boetti ("Agata") and Matteo Boetti ("Matteo"), who are also named as defendants, in support of the Motion to Dismiss this action.

6345675.1

## THE ARCHIVIO ALIGHIERO BOETTI

3.    The Archivio, located in Rome, Italy, is a non-profit association formed in or about 1995 by Boetti's surviving family members and dedicated to the study and verification of the work of the late Italian contemporary artist Alighiero Boetti ("Boetti").

4.    I was the first wife of Boetti and am Director of the Executive Committee of the Archivio. I have held this position since 2003. Agata and Matteo are my children with Boetti. Agata is Chair of the Executive Committee of the Archivio and Matteo is a Member of the Executive Committee of the Archivio.

5.    I reside in Rome, Italy and Paris, France. Matteo is a resident of Rome. Agata resides in Paris. Matteo and I speak English. Agata speaks French and Italian, but does not speak English well.

6.    The records of the Archivio are located in Italy and are for the most part in Italian, although there are some documents, such as correspondence, in French and English.

7.    The individuals who review artwork for the Archivio are located in Italy and speak Italian.

8.    The focus of the Archivio has changed over time, depending on the priorities of the leadership at the time. For example, during the tenure of the previous Director of the Archivio, the Archivio did not review works for authenticity on a regular basis. The almost exclusive focus of the Archivio between 1998 and 2001 was the research and preparation of a *catalogue raisonné* for Boetti, which is a listing of known and verified works by an artist. This is currently projected to be a work comprising several volumes. The volume dealing with the artworks at issue in this action is projected to be published between 2010 and 2012.

6345675.1

9.    Boetti sometimes used the same title for different works.  For example, a work entitled *I Sei Sensi* was included in the January 2002 Sperone Westwater exhibition catalogue in which my essay appeared.  The work that the Archivio was asked to review in 2004, also entitled *I Sei Sensi*, was a different work.

### THE MILAN ACTION

10.    On behalf of the Archivio and ourselves, Agata, Matteo and I filed a lawsuit in Milan on or about January 29, 2008 against Renato Cardi, the Galleria Cardi, Sperone Westwater, Inc. and Sperone Westwater Gallery LLC, as defendants.  The claims, status, and other details of that lawsuit are described in the separate declaration by our attorney, Professor Andrea Barenghi.

11.    The fact witnesses that the Archivio is likely to call in the Milan litigation are residents of Italy.  To the best of my knowledge none of those potential witnesses speaks English at all, or at least not well.

Declaration pursuant to 28 U.S.C. §1746.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July __/__, 2008.

_____
Annemarie Sauzeau

6345675.1