Gary D. Sesser
Ronald D. Spencer
Judith M. Wallace
CARTER LEDYARD & MILBURN LLP
2 Wall Street
New York, New York  10005
(212) 732-3200
*Attorneys for Defendants Archivio Alighiero Boetti,
Agata Boetti, Matteo Boetti and Annemarie Sauzeau*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SPERONE WESTWATER INC. and          :     Index No. 08 CV 03263 (RJH)
SPERONE WESTWATER GALLERY, LLC,     :     (THK)
                                    :
            Plaintiffs              :
                                    :     **NOTICE OF MOTION**
        - against -                 :     **TO STAY DISCOVERY**
                                    :
ARCHIVIO ALIGHIERO BOETTI, AGATA    :
BOETTI, MATTEO BOETTI and           :
ANNEMARIE SAUZEAU,                  :
                                    :
            Defendants.             :
                                    :
------------------------------------------------------------X

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law, Defendants the Archivio Alighiero Boetti, Agata Boetti, Matteo Boetti, and Annemarie Sauzeau ("Defendants"), by and through their attorneys Carter Ledyard & Milburn LLP, will move this Court, before the Honorable Richard J. Holwell, United States District Judge, at the United States Courthouse, 500 Pearl Street, New York, New York, on a date to be determined by the Court, for an order to stay discovery, pursuant to Federal Rules of Civil Procedure 26(c)(1) and 26(c)(4), until the disposition of Defendants' Motion to Dismiss the Complaint, dated July 14, 2008, and granting such other and further relief as this Court may deem just and proper.

6347153.2

This motion is filed pursuant to an Order signed by this Court on June 13, 2008, in which Defendants were permitted to file a motion to dismiss the complaint and motion to stay discovery on or before July 14, 2008.

Dated: New York, New York
       July 14, 2008

                CARTER LEDYARD & MILBURN LLP

                By: _____
                     Gary D. Sesser
                     Ronald D. Spencer
                     Judith M. Wallace
                     2 Wall Street
                     New York, New York  10005
                     (212) 732-3200
                     *Attorneys for Defendants Archivio Alighiero Boetti,*
                     *Agata Boetti, Matteo Boetti and Annemarie Sauzeau*